## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JASON SCOTT MILLER                    PLAINTIFF/COUNTER-DEFENDANT

v.                          CASE NO. 4:23-CV-00856-BSM

McGRIFF INSURANCE
SERVICES, LLC                         DEFENDANT/COUNTER-CLAIMANT

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE